**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Aaron Philip Fernandez v. The State of Texas

Appellate case number:   01-21-00541-CR

Trial court case number:  1609682

Trial court:             177th District Court of Harris County

On February 15, 2022, Appellant Aaron Philip Fernandez filed a "Motion to Withdraw and Motion to Substitute Counsel," requesting that Seth Kretzer be allowed to withdraw as Appellant's counsel and Kristen Jernigan be substituted as Appellant's counsel. Appellant's motion is **granted**.

The Clerk of this Court is directed to note Seth Kretzer's withdrawal as counsel for Appellant and to substitute Kristen Jernigan as counsel for Appellant on the docket of this Court.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                  Acting individually

Date: February 24, 2022